CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 17 2017
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PATTY J. RICHARDS, ) | |
|    Plaintiff, ) | Civil Action No. 7:17-cv-000320 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| FCCW, ) | By:   Jackson L. Kiser |
|    Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17th day of August, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge